Donald SLACK, Plaintiff–Respondent,

v.

LINDWEDEL DAIRY FARM, INC.,
Defendant–Appellant.

No. 71032.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 29, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 3, 1997.

Application to Transfer Denied
Aug. 19, 1997.

Randall D. Sherman, Hillsboro, defendant-appellant.

Cynthia S. Holmes, St. Louis, plaintiff-respondent.

Before CRAHAN, P.J., and GRIMM and HOFF, JJ.

ORDER

PER CURIAM.

Lindwedel Dairy Farm, Inc., appeals from a judgment entered, in accordance with a jury verdict, in favor of Donald Slack on his premises liability claim.

No error of law appears. The evidence in support of the jury verdict is not insufficient. An extended opinion would have no prece-

dential or jurisprudential value. Judgment affirmed in accordance with Rule 84.16(b).